LATHAM & WATKINS LLP
   Melanie M. Blunschi (Bar No. 234264)
      *melanie.blunschi@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

LATHAM & WATKINS LLP
   Matthew T. Murchison (*pro hac vice* to be filed)
      *matthew.murchison@lw.com*
   Natalie Hardwick Rao (*pro hac vice* to be filed)
      *natalie.rao@lw.com*
   Adam J. Tuetken (*pro hac vice* to be filed)
      *adam.tuetken@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for Defendants*
*Caesars Entertainment Corporation and Desert Palace, LLC d/b/a Caesars Palace Hotel & Casino*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CASTILLO, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION and DESERT PALACE, LLC d/b/a CAESARS PALACE HOTEL & CASINO,<br><br>Defendants. | CASE NO. 4:18-cv-5781<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(A) (FEDERAL QUESTION)** |

**TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

PLEASE TAKE NOTICE that Defendants Caesars Entertainment Corporation and Desert Palace, LLC d/b/a Caesars Palace Hotel & Casino (collectively "Defendants"), by and through their counsel, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, hereby timely remove to this

Court an action originally filed in the Superior Court of California for the County of Marin, with case number CIV-1802716, and set forth in support of their Notice of Removal of Action the following:

1. On August 2, 2018, Plaintiff Justin Castillo ("Plaintiff") filed a Complaint, as an individual and on behalf of all others similarly situated, in the Superior Court of California for the County of Marin, captioned *Justin Castillo v. Caesars Entertainment Corporation and Desert Palace, LLC dba Caesars Palace Hotel & Casino*, Case No. CIV-1802716. *See* Ex. A, Compl. Service of the Complaint and Summons was made on Caesars on August 22, 2018. *See* Ex. B, Proof of Service.

2. The Complaint sets forth a single claim alleging that Defendants violated a federal statute, the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, which provides a private right of action. *See* Ex. A, Compl. ¶¶ 31-36. Thus, Plaintiff's claim plainly arises under federal law and is removable to this Court. *See* 28 U.S.C. §§ 1331, 1441(a); *see also Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368, 377-78 (2012) (holding that claims brought under the TCPA "arise under" federal law and that federal courts have original jurisdiction pursuant to 28 U.S.C. § 1331 over such claims).

3. The action is properly removable to this Division because it was filed in the Superior Court of California for the County of Marin. *See* Civil L.R. 3-2(d).

4. This Notice is timely because Defendants are filing this Notice within thirty days after service of original process on August 22, 2018. *See* 28 U.S.C. § 1446(b)(1); *see also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) ("[I]f the complaint is filed in court prior to any service, the removal period runs from the service of the summons.").

5. To date, Defendants have not appeared in the Superior Court of California for the County of Marin and are not aware of any other filings in that court.

6. No deadlines related to Defendants have passed or expired in the Superior Court of California for the County of Marin.

7. Caesars Entertainment Corporation and Desert Palace, LLC are the only defendants in this action, and thus do not need the consent of any other party to remove to

federal court.

8. By filing this Notice, Defendants do not admit any of the allegations in the Complaint and do not waive any potential defenses available upon removal including, but not limited to, challenging personal jurisdiction, seeking to transfer venue, seeking to enforce an arbitration agreement, or seeking dismissal for failure to state a claim.

9. A true and correct copy of this Notice will also be filed on this same date with the Clerk of the Superior Court of California for the County of Marin.

10. This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11, as required by 28 U.S.C. § 1446(a).

Dated: September 21, 2018

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ Melanie M. Blunschi
Melanie M. Blunschi (Bar No. 234264)

505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600
melanie.blunschi@lw.com

Matthew T. Murchison (*PHV* to be filed)
Natalie Hardwick Rao (*PHV* to be filed)
Adam J. Tuetken (*PHV* to be filed)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
matthew.murchison@lw.com
natalie.rao@lw.com
adam.tuetken@lw.com

*Attorneys for Defendants
Caesars Entertainment Corporation and
Desert Palace, LLC d/b/a Caesars Palace
Hotel & Casino*