# EXHIBIT B

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Mark S. Greenstone (SBN 199606) <br> GREENSTONE LAW APC <br> 1925 Century Park East, Suite 2100 <br> Los Angeles, California 90067 <br> TELEPHONE NO.: (310) 201-9156  FAX NO. (Optional): (310) 201-9160 <br> E-MAIL ADDRESS (Optional): mgreenstone@greenstonelaw.com <br> ATTORNEY FOR (Name): Plaintiff Justin Castillo | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Marin <br> STREET ADDRESS: 3501 Civic Center Drive <br> MAILING ADDRESS: 3501 Civic Center Drive <br> CITY AND ZIP CODE: San Rafael, 94903 <br> BRANCH NAME: Civic Center Courthouse | |
| PLAINTIFF/PETITIONER: Justin Castillo <br> DEFENDANT/RESPONDENT: CAESARS ENTERTAINMENT CORPORATION | CASE NUMBER: <br> CIV 1802716 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* Notice of Case Management Conference
3. a. Party served *(specify name of party as shown on documents served):*
      Defendant CAESARS ENTERTAINMENT CORPORATION

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Matthew T. Murchison - Attorney

4. Address where the party was served:
   LATHAM & WATKINS LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004-1304
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*  (2) at *(time):*
   b. [ ] **by substituted service.** On *(date):*  at *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*  from *(city):*  or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

| PLAINTIFF/PETITIONER: Justin Castillo | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CAESARS ENTERTAINMENT CORPORATION | CIV 1802716 |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):* August 22, 2018     (2) from *(city):* Los Angeles

    (3) [✓] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) [✓] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

    [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [✓] On behalf of *(specify):* CAESARS ENTERTAINMENT CORPORATION
   under the following Code of Civil Procedure section:
   
       [✓] 416.10 (corporation)     [ ] 415.95 (business organization, form unknown)
       [ ] 416.20 (defunct corporation)     [ ] 416.60 (minor)
       [ ] 416.30 (joint stock company/association)     [ ] 416.70 (ward or conservatee)
       [ ] 416.40 (association or partnership)     [ ] 416.90 (authorized person)
       [ ] 416.50 (public entity)     [ ] 415.46 (occupant)
                                                          [ ] other:

7. **Person who served papers**
   a. Name: Harry H. Kharadjian
   b. Address: 1925 Century Park East, Suite 2100, Los Angeles, CA 90067
   c. Telephone number: 310-201-9150
   d. **The fee** for service was: $
   e. I am:
   
       (1) [✓] not a registered California process server.
       (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
       (3) [ ] a registered California process server:
           (i) [ ] owner [ ] employee [ ] independent contractor.
           (ii) Registration No.:
           (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ] **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: September 11, 2018

Harry H. Kharadjian                        ▶ /s/
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                  (SIGNATURE)

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Mark S. Greenstone (SBN 199606)<br>GREENSTONE LAW APC<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>TELEPHONE NO.: (310) 201-9156  FAX NO. (Optional): (310) 201-9160<br>E-MAIL ADDRESS (Optional): mgreenstone@greenstonelaw.com<br>ATTORNEY FOR (Name): 3. Plaintiff Justin Castillo | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Marin<br>STREET ADDRESS: 3501 Civic Center Drive<br>MAILING ADDRESS: 3501 Civic Center Drive<br>CITY AND ZIP CODE: San Rafael, 94903<br>BRANCH NAME: Civic Center Courthouse | |
| PLAINTIFF/PETITIONER: JUSTIN CASTILLO<br>DEFENDANT/RESPONDENT: CAESARS ENTERTAINMENT CORPORATION, et al. | |
| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>CIV 1802716 |

TO (Insert name of party being served): Defendant CAESARS ENTERTAINMENT CORPORATION

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: August 22, 2018

Mark S. Greenstone
(TYPE OR PRINT NAME)   (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):
1. [✓] A copy of the summons and of the complaint.
2. [✓] Other (specify):
   Civil Cover Sheet, Notice of Case Management Conference, ADR Informational Notice

(To be completed by recipient):

Date this form is signed: 8/22/18

Matthew T. Murchison for Caesars Entertainment   Counsel
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,   (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)   ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1
Form Adopted for Mandatory Use   **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**   Code of Civil Procedure,
Judicial Council of California   §§ 415.30, 417.10
POS-015 [Rev. January 1, 2005]   www.courtinfo.ca.gov

**PROOF OF SERVICE VIA U.S. MAIL**

I, the undersigned, say:

I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On September 11, 2018, I served the following document:

**PROOF OF SERVICE SUMMONS**

on parties in this action, addressed as stated below:

Matthew T. Murchison
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304

By U.S. Mail: By placing true and correct copies thereof in individual sealed envelope: with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence or mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 11, 2018, at Los Angeles, California.

_____
Harry H. Kharadjian

416350.1

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Mark S. Greenstone (SBN 199606)<br>GREENSTONE LAW APC<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>TELEPHONE NO.: (310) 201-9156  FAX NO. (Optional): (310) 201-9160<br>E-MAIL ADDRESS (Optional): mgreenstone@greenstonelaw.com<br>ATTORNEY FOR (Name): Plaintiff Justin Castillo | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Marin<br>STREET ADDRESS: 3501 Civic Center Drive<br>MAILING ADDRESS: 3501 Civic Center Drive<br>CITY AND ZIP CODE: San Rafael, 94903<br>BRANCH NAME: Civic Center Courthouse | |
| PLAINTIFF/PETITIONER: Justin Castillo<br>DEFENDANT/RESPONDENT: CAESARS ENTERTAINMENT CORPORATION | CASE NUMBER:<br>CIV 1802716 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* Notice of Case Management Conference
3. a. Party served *(specify name of party as shown on documents served):*
      Defendant DESERT PALACE, LLC dba CAESARS PALACE HOTEL & CASINO

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Matthew T. Murchison - Attorney
4. Address where the party was served:
   LATHAM & WATKINS LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004-1304
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*  (2) at *(time):*
   b. [ ] **by substituted service.** On *(date):*  at *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*  from *(city):*  or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Justin Castillo | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CAESARS ENTERTAINMENT CORPORATION | CIV 1802716 |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):* August 22, 2018      (2) from *(city):* Los Angeles

    (3) [✓] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) [✓] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

    [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [✓] On behalf of *(specify):* DESERT PALACE, LLC dba CAESARS PALACE HOTEL & CASINO
      under the following Code of Civil Procedure section:
        [✓] 416.10 (corporation)      [ ] 415.95 (business organization, form unknown)
        [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
        [ ] 416.30 (joint stock company/association)      [ ] 416.70 (ward or conservatee)
        [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
        [ ] 416.50 (public entity)      [ ] 415.46 (occupant)
                                                                                    [ ] other:

7. **Person who served papers**
   a. Name: Harry H. Kharadjian
   b. Address: 1925 Century Park East, Suite 2100, Los Angeles, CA 90067
   c. Telephone number: 310-201-9150
   d. **The fee** for service was: $
   e. I am:
     (1) [✓] not a registered California process server.
     (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
     (3) [ ] a registered California process server:
        (i) [ ] owner [ ] employee [ ] independent contractor.
        (ii) Registration No.:
        (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: September 11, 2018

Harry H. Kharadjian                                     ▶
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                            (SIGNATURE)

| | POS-015 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Mark S. Greenstone (SBN 199606)<br>GREENSTONE LAW APC<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>TELEPHONE NO.: (310) 201-9156　　FAX NO. (Optional): (310) 201-9160<br>E-MAIL ADDRESS (Optional): mgreenstone@greenstonelaw.com<br>ATTORNEY FOR (Name): 3. Plaintiff Justin Castillo | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Marin<br>STREET ADDRESS: 3501 Civic Center Drive<br>MAILING ADDRESS: 3501 Civic Center Drive<br>CITY AND ZIP CODE: San Rafael, 94903<br>BRANCH NAME: Civic Center Courthouse | |
| PLAINTIFF/PETITIONER: JUSTIN CASTILLO<br>DEFENDANT/RESPONDENT: CAESARS ENTERTAINMENT CORPORATION, et al. | |
| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>CIV 1802716 |

TO (insert name of party being served): Defendant DESERT PALACE, LLC dba CAESARS PALACE HOTEL & CASINO

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: August 22, 2018

Mark S. Greenstone
(TYPE OR PRINT NAME)　　▶ _[signature]_ (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):
1. ☑ A copy of the summons and of the complaint.
2. ☑ Other (specify):
   Civil Cover Sheet, Notice of Case Management Conference, ADR Informational Notice

(To be completed by recipient):

Date this form is signed: 8/22/18

Matthew T. Murchison for Desert Palace, LLC
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ _[signature]_ Counsel
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

Case 2:18-cv-02297-GMN-NJK Document 1-2 Filed 09/21/18 Page 9 of 9
Case 3:18-cv-05781-EMC Document 1-2 Filed 09/21/18 Page 9 of 9

# PROOF OF SERVICE VIA U.S. MAIL

I, the undersigned, say:

I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On September 11, 2018, I served the following document:

## PROOF OF SERVICE SUMMONS

on parties in this action, addressed as stated below:

Matthew T. Murchison
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304

By U.S. Mail: By placing true and correct copies thereof in individual sealed envelope: with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence or mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 11, 2018, at Los Angeles, California.

Harry H. Kharadjian

416350.1