# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:18−cv−05781−EMC

| | |
|---|---|
| Castillo v. Caesars Entertainment Corporation et al | Date Filed: 09/21/2018 |
| Assigned to: Judge Edward M. Chen | Date Terminated: 11/28/2018 |
| Case in other court: Marin County Superior Court, CIV 1802716 | Jury Demand: Plaintiff |
| Cause: 47:227 Telephone Consumer Protection Act | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Justin Castillo**　　　　　　　　　　　　　represented by　**Lionel Z. Glancy**
*as an individual and on behalf of all others*　　　　　　　　　Glancy Prongay & Murray LLP
*similarly situated*　　　　　　　　　　　　　　　　　　　　1925 Century Park East, Suite 2100
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067−2722
　　　　　　　　　　　　　　　　　　　　　　　　　　　　310−201−9150
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 310−201−9160
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: info@glancylaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Abigail Ameri Zelenski**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jaurigue Law Group
　　　　　　　　　　　　　　　　　　　　　　　　　　　　300 West Glenoaks Blvd., Suite 300
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Glendale, CA 91202
　　　　　　　　　　　　　　　　　　　　　　　　　　　　818−630−7280
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 888−879−1697
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: Abigail@jlglawyers.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 10/31/2018*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*PRO HAC VICE*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Danielle Leigh Manning**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Glancy Prongay & Murray LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1925 Century Park East Suite 2100
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067
　　　　　　　　　　　　　　　　　　　　　　　　　　　　310−201−9150
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 310−201−9160
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: dmanning@glancylaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**David Zelenski**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　2129 West Silver Lake Drive
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90039
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United Sta
　　　　　　　　　　　　　　　　　　　　　　　　　　　　310−435−4493
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: david.zelenski@outlook.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 10/12/2018*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Marc Lawrence Godino**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Glancy Prongay & Murray LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1925 Century Park East, Suite 2100
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067

310−201−9150
Fax: 310−201−9160
Email: mgodino@glancylaw.com
*ATTORNEY TO BE NOTICED*

**Mark Samuel Greenstone**
Greenstone Law APC
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
310−201−9156
Fax: 310−201−9160
Email: mgreenstone@greenstonelaw.com
*ATTORNEY TO BE NOTICED*

**Michael Joe Jaurigue**
Jaurigue Law Group
300 West Glenoaks Blvd.
Suite 300
Glendale, CA 91202
818−630−7280
Fax: 888−879−1697
Email: michael@jlglawyers.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Caesars Entertainment Corporation** | represented by | **Matthew T. Murchison**<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC, DC 20004−1304<br>202−637−2200<br>Fax: 202−637−2201<br>Email: matthew.murchison@lw.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Melanie Marilyn Blunschi**<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>415−395−8129<br>Fax: 415−395−8095<br>Email: melanie.blunschi@lw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Adam J. Tuetken**<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC, DC 20004−1304<br>202−637−2200 |

Fax: 202−637−2201
Email: adam.tuetken@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Natalie Hardwick Rao**
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004−1304
202−637−2200
Fax: 202−637−2201
Email: natalie.rao@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Desert Palace, LLC** <br> *doing business as* <br> Caesars Palace Hotel & Casino | represented by | **Matthew T. Murchison** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* <br><br> **Melanie Marilyn Blunschi** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Adam J. Tuetken** <br> (See above for address) <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* <br><br> **Natalie Hardwick Rao** <br> (See above for address) <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2018 | Ï 1 | NOTICE OF REMOVAL *of Action under 28 U.S.C. § 1441(A) (Federal Question)* from Superior Court of California, County of Marin. Their case number is CIV 1802716, (Filing Fee: $400.00, receipt number 0971−12699427). Filed by Desert Palace, LLC & Caesars Entertainment Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet, # 4 Certificate/Proof of Service)(Blunschi, Melanie) (Filed on 9/21/2018) Modified on 9/27/2018 (tnS, COURT STAFF). (Entered: 09/21/2018) |
| 09/21/2018 | Ï 2 | NOTICE of Appearance by Melanie Marilyn Blunschi *on behalf of Defendants Caesars Entertainment Corporation and Desert Palace, LLC* (Blunschi, Melanie) (Filed on 9/21/2018) (Entered: 09/21/2018) |
| 09/21/2018 | Ï 3 | Case assigned to Magistrate Judge Sallie Kim. <br><br> Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of |

| | | |
|---|---|---|
| | | Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5−1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 10/5/2018. (jmlS, COURT STAFF) (Filed on 9/21/2018) (Entered: 09/21/2018) |
| 09/21/2018 | Ï 4 | Certification of Interested Parties filed by Caesars Entertainment Corporation identifying Other Affiliate Caesars Palace LLC for Caesars Entertainment Corporation. (Blunschi, Melanie) (Filed on 9/21/2018) (Entered: 09/21/2018) |
| 09/21/2018 | Ï 5 | Rule 7.1 Disclosure Statement filed by Caesars Entertainment Corporation & Desert Palace, LLC (Blunschi, Melanie) (Filed on 9/21/2018) (Entered: 09/21/2018) |
| 09/21/2018 | Ï 6 | Certification of Interested Parties filed by Desert Palace, LLC identifying Other Affiliate Caesars Palace LLC for Desert Palace, LLC. (Blunschi, Melanie) (Filed on 9/21/2018) (Entered: 09/21/2018) |
| 09/21/2018 | Ï 7 | Rule 7.1 Disclosure Statement filed by Desert Palace, LLC identifying Corporate Parent Caesars Entertainment Corporation for Desert Palace, LLC. *(Indirect Corporate Parent)* (Blunschi, Melanie) (Filed on 9/21/2018) (Entered: 09/21/2018) |
| 09/24/2018 | Ï 8 | MOTION for Leave to Appear in Pro Hac Vice, (Filing Fee: $310.00, receipt number 0971−12705000) filed by Caesars Entertainment Corporation, Desert Palace, LLC. (Attachments: #(1) Certificate of Good Standing)(Murchison, Matthew) (Filed on 9/24/2018) (Entered: 09/24/2018) |
| 09/24/2018 | Ï 9 | MOTION for Leave to Appear in Pro Hac Vice, (Filing Fee: $310.00, receipt number 0971−12705035) filed by Caesars Entertainment Corporation, Desert Palace, LLC. (Attachments: #(1) Certificate of Good Standing) (Rao, Natalie) (Filed on 9/24/2018) (Entered: 09/24/2018) |
| 09/24/2018 | Ï 10 | MOTION for Leave to Appear in Pro Hac Vice, (Filing Fee: $310.00, receipt number 0971−12705066) filed by Caesars Entertainment Corporation, Desert Palace, LLC. (Attachments: #(1) Certificate of Good Standing)(Tuetken, Adam) (Filed on 9/24/2018) (Entered: 09/24/2018) |
| 09/26/2018 | Ï 11 | **ORDER by Magistrate Judge Sallie Kim granting 8 Motion for Pro Hac Vice as to Matthew T. Murchison. (tlhS, COURT STAFF) (Filed on 9/26/2018) (Entered: 09/26/2018)** |
| 09/26/2018 | Ï 12 | **ORDER by Magistrate Judge Sallie Kim granting 9 Motion for Pro Hac Vice as to Natalie H. Rao. (tlhS, COURT STAFF) (Filed on 9/26/2018) (Entered: 09/26/2018)** |
| 09/26/2018 | Ï 13 | **ORDER by Magistrate Judge Sallie Kim granting 10 Motion for Pro Hac Vice as to Adam J. Tuetken. (tlhS, COURT STAFF) (Filed on 9/26/2018) (Entered: 09/26/2018)** |
| 09/27/2018 | Ï 14 | Certification of Interested Entities or Persons filed by Justin Castillo (Greenstone, Mark) (Filed on 9/27/2018) (Entered: 09/27/2018) |
| 09/27/2018 | Ï 15 | CONSENT/DECLINATION to Proceed Before a United States Magistrate Judge filed by Justin Castillo. (Greenstone, Mark) (Filed on 9/27/2018) (Entered: 09/27/2018) |
| 09/27/2018 | Ï 16 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this |

| | | |
|---|---|---|
| | | case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE–NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (tlhS, COURT STAFF) (Filed on 9/27/2018) (Entered: 09/27/2018) |
| 09/27/2018 | 17 | **Initial Case Management Scheduling Order with ADR Deadlines: Joint Case Management Statement due by 12/17/2018. Initial Case Management Conference set for 12/24/2018 at 1:30 PM in San Francisco, Courtroom A, 15th Floor. (tnS, COURT STAFF) (Filed on 9/27/2018) (Entered: 09/27/2018)** |
| 09/28/2018 |  | Set Deadlines/Hearings: Terminated 17 Initial CMC and CMC statement (tlhS, COURT STAFF) (Filed on 9/28/2018) Modified on 9/28/2018 (tlhS, COURT STAFF). (Entered: 09/28/2018) |
| 09/28/2018 | 18 | **ORDER REASSIGNING CASE. Case reassigned to Judge Edward M. Chen for all further proceedings. Magistrate Judge Sallie Kim no longer assigned to the case. This case is assigned to a judge who participates in the Cameras in the Courtroom Pilot Project. See General Order 65 and http://cand.uscourts.gov/cameras. Signed by Executive Committee on 9/28/18. (Attachments: # 1 Notice of Eligibility for Video Recording)(as, COURT STAFF) (Filed on 9/28/2018) (Entered: 09/28/2018)** |
| 09/28/2018 | 19 | **CASE MANAGEMENT CONFERENCE ORDER IN REASSIGNED CASE: Initial Case Management Conference set for 1/31/2019 09:30 AM in San Francisco, Courtroom 05, 17th Floor. Case Management Statement due by 1/24/2019. Signed by Judge Edward M. Chen on 9/28/2018. (afmS, COURT STAFF) (Filed on 9/28/2018) (Entered: 09/28/2018)** |
| 09/28/2018 | 20 | MOTION to Dismiss *for Lack of Personal Jurisdiction or, Alternatively, to Transfer Venue* filed by Caesars Entertainment Corporation, Desert Palace, LLC. Motion Hearing set for 11/8/2018 01:30 PM in San Francisco, Courtroom 05, 17th Floor before Judge Edward M. Chen. Responses due by 10/12/2018. Replies due by 10/19/2018. (Attachments: # 1 [Proposed] Order Granting Motion to Dismiss, # 2 [Proposed] Order Granting Motion to Transfer Venue)(Blunschi, Melanie) (Filed on 9/28/2018) (Entered: 09/28/2018) |
| 09/28/2018 | 21 | Declaration of Renee Becker in Support of 20 MOTION to Dismiss *for Lack of Personal Jurisdiction or, Alternatively, to Transfer Venue* filed byCaesars Entertainment Corporation, Desert Palace, LLC. (Related document(s) 20 ) (Blunschi, Melanie) (Filed on 9/28/2018) (Entered: 09/28/2018) |
| 09/28/2018 | 22 | Declaration of Emeli Bowers in Support of 20 MOTION to Dismiss *for Lack of Personal Jurisdiction or, Alternatively, to Transfer Venue* filed byCaesars Entertainment Corporation, Desert Palace, LLC. (Related document(s) 20 ) (Blunschi, Melanie) (Filed on 9/28/2018) (Entered: 09/28/2018) |
| 09/28/2018 | 23 | CERTIFICATE OF SERVICE by Caesars Entertainment Corporation, Desert Palace, LLC re *Standing Orders* (Blunschi, Melanie) (Filed on 9/28/2018) (Entered: 09/28/2018) |
| 10/01/2018 | 24 | CERTIFICATE OF SERVICE by Justin Castillo re 19 Case Management Scheduling Order, (Zelenski, David) (Filed on 10/1/2018) (Entered: 10/01/2018) |
| 10/12/2018 | 25 | NOTICE by Justin Castillo (Zelenski, David) (Filed on 10/12/2018) (Entered: 10/12/2018) |
| 10/12/2018 | 26 | OPPOSITION/RESPONSE (re 20 MOTION to Dismiss *for Lack of Personal Jurisdiction or, Alternatively, to Transfer Venue* ) filed byJustin Castillo. (Greenstone, Mark) (Filed on 10/12/2018) (Entered: 10/12/2018) |

| | | |
|---|---|---|
| 10/12/2018 | 27 | Request for Judicial Notice filed byJustin Castillo. (Attachments: # 1 Exhibit 1 – Table Titled Top Air Feeder Markets By City 2013–2017", # 2 Exhibit 2 – Table Titled U.S. District CourtsFederal Court Management Statistics")(Greenstone, Mark) (Filed on 10/12/2018) (Entered: 10/12/2018) |
| 10/19/2018 | 28 | REPLY in Support (re 20 MOTION to Dismiss *for Lack of Personal Jurisdiction or, Alternatively, to Transfer Venue* ) filed byCaesars Entertainment Corporation, Desert Palace, LLC. (Murchison, Matthew) (Filed on 10/19/2018) (Entered: 10/19/2018) |
| 10/19/2018 | 29 | Declaration of Matthew Murchison in Support of 28 Reply to Opposition/Response *re 20 MOTION to Dismiss for Lack of Personal Jurisdiction or, Alternatively, to Transfer Venue)* filed byCaesars Entertainment Corporation, Desert Palace, LLC. (Attachments: # 1 Exhibit A)(Related document(s) 28 ) (Murchison, Matthew) (Filed on 10/19/2018) (Entered: 10/19/2018) |
| 10/19/2018 | 30 | CERTIFICATE OF SERVICE by Caesars Entertainment Corporation, Desert Palace, LLC re 28 Reply to Opposition/Response, 29 Declaration in Support, *(re 20 MOTION to Dismiss for Lack of Personal Jurisdiction or, Alternatively, to Transfer Venue)* (Murchison, Matthew) (Filed on 10/19/2018) (Entered: 10/19/2018) |
| 10/30/2018 | 31 | NOTICE by Justin Castillo *Notice of Separation of Attorney* (Zelenski, Abigail) (Filed on 10/30/2018) (Entered: 10/30/2018) |
| 11/08/2018 | 32 | **Minute Entry for proceedings held before Judge Edward M. Chen:**<br><br>**Motion Hearing held on 11/8/2018 re 20 MOTION to Dismiss** *for Lack of Personal Jurisdiction or, Alternatively, to Transfer Venue* **filed by Desert Palace, LLC, Caesars Entertainment Corporation. Motion taken under submission.**<br><br>**Total Time in Court: 42 Minutes.**<br>**Court Reporter: Vicki Eastvold.**<br><br>**Plaintiff Attorney: Mark Greenstone.**<br>**Defendant Attorney: Matthew Murchison.**<br><br>**Attachment: Minute Order. (afmS, COURT STAFF) (Date Filed: 11/8/2018) (Entered: 11/09/2018)** |
| 11/28/2018 | 33 | **ORDER by Judge Edward M. Chen granting 20 Defendants' Motion to Transfer. The Clerk of the Court is ordered to immediately effectuate the transfer of this case to the District of Nevada (emclc2, COURT STAFF) (Filed on 11/28/2018) (Entered: 11/28/2018)** |
| 11/30/2018 |  | Case electronically transferred to the District of Nevada. (slhS, COURT STAFF) (Filed on 11/30/2018) (Entered: 11/30/2018) |