# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN CASTILLO, | Case No.: 2:18-cv-02297-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 40) |
| CAESARS ENTERTAINMENT CORPORATION, *et al.*, | |
| Defendant(s). | |

Pending before the Court is a stipulation to extend time for Defendants to respond to Plaintiff's complaint. Docket No. 40. Stipulations for extensions must "state the reasons for the extension requested." LR 6-1(a). The pending stipulation provides no reason whatsoever for the requested extension. Accordingly, it is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: December 12, 2018

                                            NANCY J. KOPPE
                                            United States Magistrate Judge