# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JUSTIN CASTILLO,

    Plaintiff(s),

v.

CAESARS ENTERTAINMENT CORPORATION, et al.,

    Defendant(s).

Case No.: 2:18-cv-02297-GMN-NJK

**Order**

[Docket No. 42]

Pending before the Court is a renewed stipulation to extend the deadline for Defendants to respond to the complaint to January 11, 2019. Docket No. 42. The primary thrust of the stipulation is that Defendants require further time to investigate the allegations in the complaint, particularly with respect to issues involving third-parties. *Id.* at 3. The obvious defect with this reasoning is that Defendants were served with the complaint **112 days ago**, on August 22, 2018. *See id.* at 2. No explanation has been provided as to why the preceding four months have been insufficient to investigate the allegations in the complaint. *Cf. Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (good cause exists for an extension when the currently deadline cannot be met through reasonable diligence).[1]

---

[1] It was readily apparent to Defendants that their motion to dismiss may not result in the termination of this case, as they alternatively moved to transfer the case. *See* Docket No. 20 at 20-23. As such, the need to respond to the complaint should not be a surprise and it is unclear what Defendants have done over the last four months to prepare for filing that response.

1

The parties also represent that they are confused as to the current deadline to respond to the complaint, but fail to articulate any basis for such confusion. *Compare* Docket No. 33 at 9 ("Defendants' motion to dismiss is denied") *with* Fed. R. Civ. P. 12(a)(4)(A) ("if the court denies the motion [brought under Rule 12], the responsive pleading must be served within 14 days after notice of the court's action").

Given the lack of good cause, the Court declines to extend the deadline to respond to the complaint to January 11, 2019. As a <u>one-time courtesy</u> to the parties, however, the Court will extend the deadline to respond to the complaint to December 21, 2018. Accordingly, the stipulation to extend is **GRANTED** in part and **DENIED** in part.

IT IS SO ORDERED.

Dated: December 12, 2018

_____
Nancy J. Koppe
United States Magistrate Judge