# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JUSTIN CASTILLO,

    Plaintiff(s),

v.

CAESARS ENTERTAINMENT CORPORATION, et al.,

    Defendant(s).

Case No.: 2:18-cv-02297-GMN-NJK

**Order**

[Docket No. 65]

Pending before the Court is a stipulation to extend the time to hold the Rule 26(f) conference and to file a proposed discovery plan, which is effectively a stipulation to stay discovery pending resolution of the motion for judgment on the pleadings. Docket No. 65. Part of the Court's inquiry in determining whether to stay discovery in such instance involves a preliminary peek at the merits of the underlying motion for judgment on the pleadings. *See Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 583 (D. Nev. 2013). In this case, the briefing has not been completed on the motion for judgment on the pleadings, however. *See* Docket No. 53.

Given the circumstances, the Court will **GRANT** in part the parties' stipulation. The Court **EXTENDS** the deadline to hold the Rule 26(f) conference and to file a proposed discovery plan to February 28, 2019. Nothing herein prevents the parties from seeking a stay of discovery once the briefing has been completed on the motion for judgment on the pleadings.

IT IS SO ORDERED.

Dated: January 23, 2019

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge