THE O'MARA LAW FIRM, P.C.
David C. O'Mara, Esq (SBN 085099)
311 E. Liberty St,
Reno, NV 89501
Telephone: (775) 323-1321
Facsimile: (775) 323.4082
E-mail: david@omaralaw.net

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN CASTILLO, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION and DESERT PALACE, LLC d/b/a CAESARS PALACE HOTEL & CASINO,<br><br>Defendants. | CASE NO. 2:18-cv-2297-GMN-NJK<br><br>(This is the parties' first request for an extension relating to the subject motions)<br><br>Judge: Hon. Gloria M. Navarro, ▇▇ |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR RECONSIDERATION OF ORDER DENYING MOTION FOR JUDGMENT ON THE PLEADINGS AND ON MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR RECONSIDERATION**

1       Plaintiff Justin Castillo ("Plaintiff") and Defendants Caesars Entertainment Corporation and Desert Palace, LLC d/b/a Caesars Palace Hotel & Casino ("Defendants" and collectively with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate and agree that Plaintiff's deadline to respond to DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR RECONSIDERATION OF ORDER DENYING MOTION FOR JUDGMENT ON THE PLEADINGS [ECF 92] is extended from November 18, 2019 to December 20, 2019. Defendants' deadline to file a reply brief in support is extended from January 3, 2020, to January 10, 2020.

      Further, Plaintiff and Defendants stipulate and agree that Plaintiff's deadline to respond to DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR RECONSIDERATION [ECF 93] is extended from November 12, 2019 to November 26, 2019. Defendants' deadline to file a reply brief in support thereof is extended from December 3, 2019, to December 10, 2019.

      Good cause exists for the extensions requested herein. Plaintiff's counsel have a motion for summary judgment hearing in another class-action case on November 21, 2019, which will require substantial preparation and travel. In addition, Plaintiff's counsel has several other briefing deadlines in the late November and early December time frame. While Defendants are amenable to the extensions requested by Plaintiff's counsel, each of Plaintiff's new deadlines would be immediately before a major holiday, thus warranting one-week extensions for each of Defendants' reply deadlines if Plaintiff's extensions are granted. In light of these considerations and the holiday season, good cause exists for the extensions requested.

      This is the first stipulation for an extension of time relating to the subject motions.

**IT IS SO STIPULATED AND AGREED.**

Dated: November 6, 2019            By */s/ David C. O'Mara*
                                                        David C. O'Mara, Esq (SBN 08599)

                                                        THE O'MARA LAW FIRM, P.C.
                                                        311 E. Liberty St.
                                                        Reno, NV 89501
                                                        Telephone: (775) 323.1321

Facsimile: (775) 323.4082
E-mail: david@omaralaw.net

GREENSTONE LAW APC
Mark S. Greenstone (PHV)
925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: +1.310.201.9156
mgreenstone@greenstonelaw.com

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (PHV)
Marc L. Godino (PHV)
Danielle L. Manning (PHV pending)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: +1.310.201.9150
info@glancylaw.com

JAURIGUE LAW GROUP
Michael J. Jaurigue (PHV)
200 West Glenoaks Boulevard, Suite 300
Glendale, CA 91202
Telephone: +1.818.630.7280
michael@jlglawyers.com
abigail@jlglawyers.com

*Attorneys for Plaintiff Justin Castillo*

By */s/ Frank M. Flansburg III*
Frank M. Flansburg III
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: +1.702.802.2205
fflansburg@bhfs.com

LATHAM & WATKINS LLP
Matthew T. Murchison (PHV)
Natalie Hardwick Rao (PHV)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
matthew.murchison@lw.com
natalie.rao@lw.com

*Attorneys for Defendants*

*Caesars Entertainment Corporation and Desert Palace, LLC d/b/a Caesars Palace Hotel & Casino*

**ORDER**

**IT IS HEREBY ORDERED** that the above Stipulation to Extend Briefing Schedule, (ECF No. 96), on Defendants' Motion for Partial Summary Judgment and on Defendants' Motion to Stay is **GRANTED**.

**DATED** this  13   day of November, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court