THE O'MARA LAW FIRM, P.C.
David C. O'Mara, Esq (SBN 085099)
311 E. Liberty St,
Reno, NV 89501
Telephone: (775) 323-1321
Facsimile: (775) 323.4082
E-mail: david@omaralaw.net

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (SBN 134180)
Marc L. Godino (SBN 182689)
Danielle L. Manning (SBN 313272)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
E-mail:  info@glancylaw.com

GREENSTONE LAW APC
Mark S. Greenstone (SBN 199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9156
Facsimile:  (310) 201-9160
E-mail:  mgreenstone@greenstonelaw.com

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN CASTILLO, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION and DESERT PALACE, LLC d/b/a CAESARS PALACE HOTEL & CASINO,<br><br>Defendants. | CASE NO. 2:18-cv-2297-GMN-NJK<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Gloria M. Navarro<br>Action Docketed: Dec. 3, 2018 |

Plaintiff Justin Castillo ("Plaintiff") and Defendants Caesars Entertainment Corporation and Desert Palace, LLC d/b/a Caesars Palace Hotel & Casino ("Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree to dismiss this matter with prejudice as to the named Plaintiff and without prejudice as to the putative class other than the named Plaintiff pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii).

Dated: December 9, 2019

By /s/ David C. O'Mara
David C. O'Mara, Esq (SBN 08599)
311 E. Liberty St.
Reno, NV 89501
Telephone: (775) 323.1321
Facsimile: (775) 323.4082
E-mail: david@omaralaw.net

GREENSTONE LAW APC
Mark S. Greenstone (PHV)
925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: +1.310.201.9156
mgreenstone@greenstonelaw.com

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (PHV)
Marc L. Godino (PHV)
Danielle L. Manning (PHV)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: +1.310.201.9150
info@glancylaw.com

JAURIGUE LAW GROUP
Michael J. Jaurigue (PHV)
200 West Glenoaks Boulevard, Suite 300
Glendale, CA 91202
Telephone: +1.818.630.7280
michael@jlglawyers.com
abigail@jlglawyers.com

*Attorneys for Plaintiff Justin Castillo*

By /s/ Frank M. Flansburg III

Frank M. Flansburg III
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

JOINT STIPULATION OF DISMISSAL OF ACTION
CASE NO. 2:18-cv-2297-GMN-NJK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: +1.702.802.2205
fflansburg@bhfs.com

LATHAM & WATKINS LLP
Matthew T. Murchison (PHV)
Natalie Hardwick Rao (PHV)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Telephone:  +1.202.637.2200
matthew.murchison@lw.com
natalie.rao@lw.com

*Attorneys for Defendants Caesars Entertainment Corporation and Desert Palace, LLC d/b/a Caesars Palace Hotel & Casino*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of The O'Mara Law Firm, P.C., and further certify that the foregoing document was electronically filed and served upon all parties by electronic means through the Court's ECF system on this date.

DATED:  December 9, 2019

                                           /s/Valerie Weis
                                  VALERIE WEIS