| | |
|---|---|
| 1 | THE O'MARA LAW FIRM, P.C. |
| | David C. O'Mara, Esq (SBN 085099) |
| 2 | 311 E. Liberty St, |
| | Reno, NV 89501 |
| 3 | Telephone: (775) 323-1321 |
| | Facsimile: (775) 323.4082 |
| 4 | E-mail: david@omaralaw.net |
| 5 | GLANCY PRONGAY & MURRAY LLP |
| | Lionel Z. Glancy (SBN 134180) |
| 6 | Marc L. Godino (SBN 182689) |
| | Danielle L. Manning (SBN 313272) |
| 7 | 1925 Century Park East, Suite 2100 |
| | Los Angeles, California 90067 |
| 8 | Telephone: (310) 201-9150 |
| | Facsimile: (310) 201-9160 |
| 9 | E-mail: info@glancylaw.com |
| 10 | |
| | GREENSTONE LAW APC |
| 11 | Mark S. Greenstone (SBN 199606) |
| | 1925 Century Park East, Suite 2100 |
| 12 | Los Angeles, California 90067 |
| | Telephone: (310) 201-9156 |
| 13 | Facsimile: (310) 201-9160 |
| | E-mail: mgreenstone@greenstonelaw.com |
| 14 | |
| | [Additional Counsel on Signature Page] |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTIN CASTILLO, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION and DESERT PALACE, LLC d/b/a CAESARS PALACE HOTEL & CASINO,<br><br>Defendants. | CASE NO. 2:18-cv-2297-GMN-NJK<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Gloria M. Navarro<br>Action Docketed: Dec. 3, 2018 |

Plaintiff Justin Castillo ("Plaintiff") and Defendants Caesars Entertainment Corporation and Desert Palace, LLC d/b/a Caesars Palace Hotel & Casino ("Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree to dismiss this matter with prejudice as to the named Plaintiff and without prejudice as to the putative class other than the named Plaintiff pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii).

Dated: December 9, 2019

By /s/ David C. O'Mara
David C. O'Mara, Esq (SBN 08599)
311 E. Liberty St.
Reno, NV 89501
Telephone: (775) 323.1321
Facsimile: (775) 323.4082
E-mail: david@omaralaw.net

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that all currently pending motions are **DENIED as moot**. The Clerk of Court is instructed to close this case.

**DATED** this __17__ day of December, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court

GREENSTONE LAW APC
Mark S. Greenstone (PHV)
925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: +1.310.201.9156
mgreenstone@greenstonelaw.com

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (PHV)
Marc L. Godino (PHV)
Danielle L. Manning (PHV)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: +1.310.201.9150
info@glancylaw.com

JAURIGUE LAW GROUP
Michael J. Jaurigue (PHV)
200 West Glenoaks Boulevard, Suite 300
Glendale, CA 91202
Telephone: +1.818.630.7280
michael@jlglawyers.com
abigail@jlglawyers.com

*Attorneys for Plaintiff Justin Castillo*

By /s/ Frank M. Flansburg III

Frank M. Flansburg III
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

| | |
|---|---|
| 1 | Telephone: +1.702.802.2205<br>fflansburg@bhfs.com |
| 2 | |
| 3 | LATHAM & WATKINS LLP<br>Matthew T. Murchison (PHV) |
| 4 | Natalie Hardwick Rao (PHV)<br>555 Eleventh Street, N.W., Suite 1000 |
| 5 | Washington, D.C.  20004-1304<br>Telephone:  +1.202.637.2200 |
| 6 | matthew.murchison@lw.com<br>natalie.rao@lw.com |
| 7 | *Attorneys for Defendants Caesars* |
| 8 | *Entertainment Corporation and Desert Palace, LLC d/b/a Caesars Palace Hotel &* |
| 9 | *Casino* |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of The O'Mara Law Firm, P.C., and further certify that the foregoing document was electronically filed and served upon all parties by electronic means through the Court's ECF system on this date.

DATED: December 9, 2019

                                                        /s/Valerie Weis
                                               VALERIE WEIS